R#283878

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:                                               CASE NO.: 08-22467-BKC-AJC
                                                     Chapter 7 Proceeding
**LEGAL IMPRESSIONS, INC**
TIN 65-0089567

_____Debtor(s)._____/

**NOTICE OF DEPOSIT OF FUNDS WITH THE**
**U.S. BANKRUPTCY COURT CLERK**

Notice is hereby given that:

(X)   The trustee has a balance of **$20.39** remaining in the trustee's account which represents unpresented checks drawn and mailed to entities pursuant to Order Granting Trustee's Motion for Authority to (1) turnover Certain Retirement Plan Funds to Debtor's Former Employees, and (2) Retain Certain Funds for the Benefit of the Estate, 10/7/09 (D.E. #34); or

( )   The trustee has a balance of $_____ remaining in the trustee's account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

DATED:  January 14, 2010          /s/ Joel L. Tabas
                                  Joel L. Tabas
                                  Chapter 7 Trustee
                                  One Flagler Building
                                  14 NE First Ave., Penthouse
                                  Miami, FL  33132
                                  Telephone: (305) 375-8171
                                  Telefax: (305) 381-7708

Copies to:
Debtor
Attorney for Debtor
U.S. Trustee

CASE NO.: 08-22467-BKC-AJC

**LEGAL IMPRESSIONS, INC**
**CASE NO. 08-22467-BKC-AJC**
**UNCLAIMED FUNDS**

| **PAYEE** | **AMOUNT** |
|---|---|
| Linda Elizabeth Turner<br>No known address | 10.00 |
| Oscar O. Pascual<br>No known address | 10.39 |
| TOTAL | 20.39 |